# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 04-1740

_____

| | |
|---|---|
| Anthony V. DeLisle, Sr., | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the Southern |
| | * District of Iowa. |
| Roberta Myers; Myers Properties, | * |
| | * [UNPUBLISHED] |
| Appellees. | * |

_____

Submitted: July 19, 2004
Filed: July 28, 2004

_____

Before MELLOY, LAY, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Anthony DeLisle appeals the district court's[1] dismissal for lack of subject matter jurisdiction of his civil claim against his landlord. Upon de novo review, we affirm for the reasons stated by the district court. See 8th Cir. R. 47B.

_____

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.